UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND WILLIAMS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Maryland Corporation, CCC INFORMATION SERVICES INCORPORATED, a Delaware Corporation,<br><br>Defendants. | Civil Case No. 3:19-cv-05823-BHS<br><br>**ORDER GRANTING DEFENDANT GEICO GENERAL INSURANCE COMPANY'S UNOPPOSED MOTION TO CONFIRM APPRAISAL AWARD** |

Having reviewed Defendant GEICO General Insurance Company's Unopposed Motion to Confirm Appraisal Award, Plaintiff's response, and Defendant's reply, and good cause appearing:

IT IS HEREBY ORDERED that GEICO General Insurance Company's Unopposed Motion to Confirm Appraisal Award is granted.

DATED: August 10, 2020

_____
BENJAMIN H. SETTLE
United States District Judge

Order Re: Motion to Confirm
Appraisal Award

Case No. 3:19-cv-5823-BHS

Husch Blackwell LLP
Husch Blackwell, LLP
2415 E. Camelback Road, Suite 420
Phoenix, AZ 85016
480-824-7900
480-824-7890
480-824-7890DocID: 4845-8355-7051.1