THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY and CCC INTELLIGENT SOLUTIONS INCORPORATED,<br><br>Defendants. | No. 3:19-cv-05823-BHS<br><br>**ORDER TO STAY** |

The Court, having fully considered the Parties' Joint Motion to Stay, finds good cause to stay this matter until the Ninth Circuit Court of Appeals decides plaintiffs' interlocutory appeal in *Lundquist v. First Nat'l Ins. Co. of Am.*, Case No. 21-35126 (9th Cir. 2021) ("*Lundquist*").

The Parties are ORDERED to provide the Court with a joint written status report and proposed case schedule within ten days after the Ninth Circuit Court of Appeals issues its mandate in *Lundquist*.

IT IS SO ORDERED.

Dated: This 29th day of July, 2021.

_____
HON. BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE