HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND WILLIAMS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Maryland Corporation, CCC INTELLIGENT SOLUTIONS INCORPORATED, a Delaware Corporation,<br><br>Defendants. | Case No. 3:19-cv-5823-BHS<br><br>**STIPULATED MOTION AND ORDER VOLUNTARILY DISMISSING ACTION WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR:<br>May 2, 2023 |

Plaintiff Raymond Williams ("Plaintiff"), Defendants GEICO General Insurance Company ("GEICO") and Defendant CCC Intelligent Solutions Inc. ("CCC") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree that this Honorable Court should dismiss this action with prejudice.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties to the above-entitled cause, through their respective attorneys.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 3rd day of May, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

| | |
|---|---|
| Dated: May 2, 2023 | Respectfully submitted, |
| HAGENS BERMAN SOBOL SHAPIRO LLP | */s/ Kathleen M. O'Sullivan* |
| | Kathleen M. O'Sullivan, WSBA No. 27850 |
| By */s/Steve W. Berman* | PERKINS COIE LLP |
| Steve W. Berman (WSBA #12536) | 1201 Third Avenue, Suite 4900 |
| 1301 Second Avenue, Suite 2000 | Seattle, WA 98101 |
| Seattle, WA 98101 | Telephone: 206.583.8888 |
| Telephone: (206) 623-7292 | Facsimile: 206.583.8500 |
| Facsimile: (206) 623-0594 | Email: KOSullivan@perkinscoie.com |
| Email: steve@hbsslaw.com | Attorneys for Defendant CCC Information Services Inc. |
| Robert B. Carey (*pro hac vice*) | |
| John M. DeStefano (*pro hac vice*) | */s/ Marguerite M. Sullivan* |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Marguerite M. Sullivan (*pro hac vice*) |
| 11 West Jefferson Street, Suite 1000 | Jason R. Burt (*pro hac vice*) |
| Phoenix, AZ 85003 | LATHAM & WATKINS LLP |
| Telephone: (602) 840-5900 | 555 11th Street NW, Suite 1000 |
| Email: rob@hbsslaw.com | Washington, DC 20004 |
| Email: johnd@hbsslaw.com | Telephone: 202.637.2200 |
| | Email: marguerite.sullivan@lw.com |
| *Attorneys for Plaintiffs* | jason.burt@lw.com |
| | Steven J. Pacini (*pro hac vice*) |
| | LATHAM & WATKINS LLP |
| | 200 Clarendon Street |
| | 27th Floor |
| | Boston, MA 02116 |
| | Telephone: 617.880.4516 |
| | Email: steven.pacini@lw.com |
| | *Attorneys for Defendant CCC Intelligent Solutions Inc.* |
| | */s/ Brian J. Hembd* |
| | Dan W. Goldfine |
| | Brian J. Hembd |
| | DICKINSON WRIGHT PLLC |
| | 1850 N Central Ave., Suite1400 |
| | Phoenix, AZ 85004 |
| | *Attorneys for Defendant GEICO General Insurance Company* |
| | Vanessa S. Power |
| | STOEL RIVES LLP |
| | 600 University Street, Suite 3600 |
| | Seattle, WA 98101 |
| | *Attorneys for Defendant GEICO General Insurance Company* |

- 2 -

STIPULATED MOTION AND ORDER DISMISSING ACTION
(No. 3:19-cv-05823-BHS)

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on May 2, 2023 a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

DATED this 2nd day of May, 2023.

/s/ Elizabeth E. Gibson